METZ, Respondent, v. MANHATTAN BEACH BATHING CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 19, 1912.) Action by Emma C. Metz against the Manhattan Beach Bathing Company. No opinion. Motion denied, without costs. See, also, 132 N. Y. Supp. 1138.

MEYER v. CRAMER et al. (Supreme Court, Appellate Division, First Department. February 23, 1912.) Action by Anton H. Meyer, as assignee, against George Cramer and others. No opinion. Motion to dismiss appeal granted, with $10 costs, unless appellant comply with terms stated in order. Order filed.

MEYER, Appellant, v. EVANS, Respondent. (Supreme Court, Appellate Division, Fourth Department. January 24, 1912.) Action by Arthur W. Meyer against Burdette J. Evans.

PER CURIAM. Judgment and order reversed, with costs, and judgment of City Court affirmed, with costs.

KRUSE, J., dissents, upon the ground stated by the court at Special Term, and, further, that the charge was erroneous.

MEYERS, Respondent, v. NORTH AMERICAN WATCH CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 8, 1912.) Action by Herman J. Meyers against the North American Watch Company. No opinion. Motion granted, without costs, and order modified, by striking out the provision for a new trial. See, also, 133 N. Y. Supp. 694.

MILLER, Respondent, v. CROSSTOWN ST. RY. CO. OF BUFFALO, Appellant. (Supreme Court, Appellate Division, Fourth Department. October, 1911.) Action by Eliza J. Miller against the Crosstown Street Railway Company of Buffalo.

PER CURIAM. Judgment and order affirmed, with costs.

SPRING, J., not sitting.

In re MINNESOTA PHONOGRAPH CO. (Supreme Court, Appellate Division, First Department. February 9, 1912.) In the matter of the Minnesota Phonograph Company. No opinion. Motion denied, with $10 costs. Order filed. See, also, 132 N. Y. Supp. 1063.

MIXER, Appellant, v. ADAM, Mayor, et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. October, 1911.) Action by Knowlton Mixer against James N. Adam, as mayor of the city of Buffalo, and others. No opinion. Orders affirmed, with $10 costs and disbursements. See, also, 66 Misc. Rep. 238, 121 N. Y. Supp. 31; 140 App. Div. 919, 125 N. Y. Supp. 1132; 126 N. Y. Supp. 1095.

MOHRMANN, Respondent, v. METROPOLITAN HOTEL SUPPLY CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 8, 1912.) Action by William H. Mohrmann, an infant, by Minnie L. Scharff, his guardian ad litem, against the Metropolitan Hotel Supply Company. No opinion. Judgment and order unanimously affirmed, with costs.

MONTAGUE v. FIFTY-FIFTH STREET CO. et al. (Supreme Court, Appellate Division, First Department. March 8, 1912.) Action by Gilbert H. Montague, as receiver, against the Fifty-Fifth Street Company, impleaded with others. No opinion. Judgment affirmed, with costs. Order filed.

MONTAGUE, Appellant, v. LARKIN, Respondent, et al. (Supreme Court, Appellate Division, First Department. March 8, 1912.) Action by Gilbert H. Montague, as receiver, against John Larkin, impleaded with others. J. T. Smith, for appellant. A. S. Andrews, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

MOORE, Appellant, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, Second Department. March 8, 1912.) Action by Florence E. Moore against the City of New York. No opinion. Order unanimously affirmed, with costs.

MORAN, Appellant, v. DAKE DRUG CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. January 17, 1912.) Action by Frank Moran against the Dake Drug Company. No opinion. Order affirmed, with costs.

MULLER, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 8, 1912.) Action by John Muller against the Brooklyn Heights Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs. See, also, 139 App. Div. 934, 124 N. Y. Supp. 1122.

MULQUEEN, Appellant, v. INTERBOROUGH RAPID TRANSIT CO., Respondent. (Supreme Court, Appellate Division, First Department. January 26, 1912.) Action by Patrick Mulqueen against the Interborough Rapid Transit Company. C. J. Earley, for appellant. B. H. Ames, for respondent.

PER CURIAM. Judgment and order affirmed, with costs. Order filed.

McLAUGHLIN, J., dissents, on the grounds that the relation of master and servant did not exist at the time of the injury.

MULVEY, Appellant, v. ARCHBOLD-BRADY CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. Jan-

uary 24, 1912.) Action by Edward P. Mulvey against the Archbold-Brady Company. No opinion. Judgment affirmed, with costs.

**MURDOCK v. LEEMING et al.** (Supreme Court, Appellate Division, Second Department. February 23, 1912.) Action by Harvey Murdock against Thomas L. Leeming and others.

PER CURIAM. Order affirmed, with $10 costs and disbursements. See, also, 131 N. Y. Supp. 1130.

BURR, J., not voting.

**MURPHY v. CITY OF NEW YORK et al.** (Supreme Court, Appellate Division, Second Department. March 8, 1912.) Action by Richard H. Murphy against the City of New York and others. No opinion. Motion to dismiss appeal granted, with costs.

**MURPHY, Respondent, v. NEWGAS et al., Appellants.** (Supreme Court, Appellate Division, First Department. February 16, 1912.) Action by Timothy J. Murphy against Louis M. Newgas and others. G. B. Rosenheim, for appellants. E. C. Crowley, for respondent.

PER CURIAM. Judgment reversed, and a new trial ordered before another referee, with costs to appellants to abide event, unless plaintiff stipulates to reduce the judgment as entered to the sum of $11,634.61, in which event the judgment, as so reduced, will be affirmed, without costs. Settle order on notice.

**MURPHY, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant.** (Supreme Court, Appellate Division, Third Department. March 6, 1912.) Action by Joseph Murphy, an infant, by Catherine.Murphy, his guardian ad litem, against the New York Central & Hudson River Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

**MURRAY, Respondent, v. TOWN OF FAYETTE, Appellant.** (Supreme Court, Appellate Division, Fourth Department. October, 1911.) Action by Albert L. Murray against the Town of Fayette. No opinion. Judgment and order affirmed, with costs.

**NEU et al., Appellants, v. FOX, Respondent.** (Supreme Court, Appellate Division, Second Department. February 2, 1912.) Action by Jacob Neu and others, as copartners, etc., against William J. Fox. No opinion. Upon filing the stipulation of William J. Fox, motion for stay granted, without costs.

**NEWBERY, Appellant, v. SULLIVAN et al., Respondents.** (Supreme Court, Appellate Division, Second Department. March 8, 1912.) Action by Fanny B. Newbery against John D. Sullivan and another. No opinion. Motion denied, on condition that plaintiff pay $10 costs, perfect her appeal, place the cause at the foot of the present calendar, and be ready for argument when reached; otherwise, motion granted, with $10 costs.

**NEWBURGH LAND CO., Respondent, v. CHADWICK et al., Appellants.** (Supreme Court, Appellate Division, Second Department. January 26, 1912.) Action by the Newburgh Land Company against William E. Chadwick and another. No opinion. Judgment affirmed, with costs.

**In re NEWELL.** (Supreme Court, Appellate Division, Fourth Department. February 2, 1912.) In the matter of Clifford H. Newell, an attorney and counselor at law. No opinion. This matter is directed to be resubmitted on March 6, 1912. See, also, 145 App. Div. 909, 129 N. Y. Supp. 1137.

**In re NEW YORK, W. & B. RY. CO.** (Supreme Court, Appellate Division, Second Department. March 15, 1912.) In the matter of the application of the New York, Westchester & Boston Railway Company to acquire title to real property of Selina Weeks. No opinion. Order affirmed, with costs.

**In re NICAN et al.** (Supreme Court, Appellate Division, First Department. January 26, 1912.) In the matter of Nicola Nican and others. No opinion. Motion granted, unless appellant serves printed papers and points, so that the case can be argued on February 27, 1912. Settle order on notice.

**NOLAN, Respondent, v. BOGAN et al., Appellants.** (Supreme Court, Appellate Division, Fourth Department. January 24, 1912.) Action by James Nolan against Mary Bogan and another. No opinion. Judgment and order affirmed, with costs.

**NORTON v. RENZ.** (Supreme Court, Appellate Division, First Department. February 9, 1912.) Action by Algernon S. Norton against Adam Renz, Jr. No opinion. Motion granted, with $10 costs. Order filed. See, also, 144 App. Div. 896, 128 N. Y. Supp. 1136.

**O'BRIEN, Respondent, v. CITY OF AUBURN, Appellant.** (Supreme Court, Appellate Division, Fourth Department. October, 1911.) Action by Johanna E. O'Brien, as administratrix, etc., of Patrick H. O'Brien, deceased, against the City of Auburn. No opinion. Judgment and order affirmed, with costs.

**O'BRIEN, Respondent, v. ERIE R. CO., Appellant.** (Supreme Court, Appellate Division, Second Department. January 26, 1912.) Action by Mary O'Brien, as administratrix, etc., of John O'Brien, deceased, against the Erie Railroad Company.

PER CURIAM. Judgment and order affirmed, with costs, on the authority of O'Brien v.